OPINION — AG — QUESTION: COULD THE COUNTY COMMISSIONERS PAY FOR SCHOOL BOOKS (TEXTBOOKS) AND/OR FOR SUPPLIES FROM THE CHARITY FUND FOR THOSE PERSONS WHO ARE UNABLE TO PURCHASE SAID BOOKS, UNDER 56 O.S.H. 31 AND ARTICLE XVII, SECTION 3 OKLAHOMA CONSTITUTION? — AFFIRMATIVE, IF THERE IS A NECESSITY FOR IT CITE: 56 O.S.H. 32, 70 O.S.H. 16-20, ARTICLE XIII, SECTION 6 (J. H. JOHNSON)